UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETHANY LIOU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STONECREST FINANCIAL, INC., et al.,<br><br>　　　　Defendants. | Case No. 25-cv-06184-EMC<br><br>**ORDER ON PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**<br><br>Docket Nos. 6, 16, 17. |

    Plaintiff's motion for a temporary restraining order ("TRO") and order to show cause is **DENIED** for failure to establish irreparable harm. *Where Do We Go Berkeley v. Cal. DOT*, 32 F.4th 852, 859 (9th Cir. 2022) (For temporary injunctive relief, a plaintiff must show that "they are likely to suffer irreparable harm absent preliminary relief," among other factors); *see Winter v. Nat. Res. Def. Council, Inc.,* 555 U.S. 7, 20 (2008).

    Plaintiff seeks to enjoin Defendants from moving forward with foreclosure sales of a property in Atherton, California and parcels of land in Tulare County, California. Plaintiff's Memorandum In Support of Ex Parte Application for TRO at 6 (Dkt. 6-2). However, the foreclosure sales for the properties at issue have already occurred. Deed Upon Sale for Parcels at Ex. 8 (Dkt. 15-2 at 104-09) and Deed Upon Sale for Atherton Property at Ex. 9 (*Id.* at 111-12). Accordingly, Plaintiff no longer owns the properties and there is nothing left to enjoin. Further, Plaintiff has released all claims related to the properties and the foreclosure sales. *See* Forbearance Agreements at Exs. 4-6 (*Id.* at 71-99); Stipulation for Judgment at Ex. 11 (*Id.* at 119-23); Settlement Agreement at Ex. 12 (*Id.* at 125-43).

Thus, Plaintiff's motion for a TRO is **DENIED** and her motions for judicial approval to record lis pendens are **DENIED** as **MOOT**.

**IT IS SO ORDERED**.

Dated: August 4, 2025

_____
EDWARD M. CHEN
United States District Judge